UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | No. 1:23-CR-00215-RP |
| (1) CHRISTOPHER DAVID § FRIEDEL, § *Defendant* § | |

## ORDER

After consideration of Defendant's Unopposed Oral Request regarding pretrial detention housing made at his June 21, 2024, detention hearing the Court orders the United States Marshals to house defendant in the Bastrop County Jail.

**IT IS HEREBY ORDERED** that, the Defendant, CHRISTOPHER DAVID FRIEDEL, is committed to the custody of the Attorney General or his designed representative for confinement in the Bastrop County Jail for the pendency of this case.

**IT IS FURTHER ODERED** that the United States Marshal shall transport CHRISTOPHER DAVID FRIEDEL to the Bastrop County Jail as soon as practical.

SIGNED June 21, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1