**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:23-CR-00215-RP** |
| | § | |
| **(1) CHRISTOPHER DAVID** | § | |
| **FRIEDEL,** | § | |
| *Defendant* | § | |

**ORDER**

Before the Court is Defendant Christopher Friedel's Motion to Vacate Order Regarding Detention, Dkt. 23. The Court previously ordered that Friedel be detained in the Bastrop County Jail. Dkt. 18. In his present motion, Friedel asks the Court to vacate that order and permit him to remain in the Burnet County Jail. Dkt. 23. While the motion does not indicate whether the Government opposes this relief, the undersigned cannot conceive of an objection the Government would have to it, nor does the Court see any other reason not to grant the requested relief.

Accordingly, the Court **GRANTS** Friedel's Motion to Vacate Order Regarding Detention, Dkt. 23, and **VACATES** the Court's previous order, found at Dkt. 18.

SIGNED July 17, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1